**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-1901**

─────────────

JEAN A.R. ADAMS-SOW,

Plaintiff - Appellant,

versus

THE MEDICAL COLLEGE OF HAMPTON ROADS/EASTERN
VIRGINIA MEDICAL SCHOOL; DOUG KLEEMAN, Doctor,

Defendants - Appellees,

and

OHIO STATE UNIVERSITY COLLEGE OF MEDICINE;
BENJAMIN P. ENG, Doctor; JUDITH A. WESTMAN,
Doctor; EDWIN L. BURKE, Doctor; TERENCE C.
DAVIES, Doctor; NICOLA DAVIES, Doctor; THOMAS
R. GRANT, JR., Doctor; DOCTOR PROPERT,
Director,

Defendants.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-00-81-2)

─────────────

Submitted: January 31, 2002      Decided: February 28, 2002

─────────────

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

D. Hayden Fisher, SCHAFFER & CABELL, P.C., Richmond, Virginia, for Appellant. David E. Constine, III, Kimberly W. Daniel, TROUTMAN, SANDERS, MAYS & VALENTINE, L.L.P., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jean A.R. Adams-Sow appeals from the district court's order granting summary judgment for Defendants on her claims under the Federal Wiretap Act provisions in Title III of the Omnibus Crime Control and Safe Streets Act of 1968, 18 U.S.C.A. §§ 2510-2522 (West 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Adams-Sow v. The Medical College of Hampton Roads/Eastern Virginia Med. Sch., No. CA-00-81-2 (E.D. Va. June 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED